UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE SERAPHIN,<br><br>       Plaintiff,<br><br>    v.<br><br>THE MENS WEARHOUSE,<br><br>       Defendant. | Case No. 14-cv-00752-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 11 |

Before the Court is Defendant's Motion to Dismiss. ECF No. 11. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 24, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: April 15, 2014

_____
JON S. TIGAR
United States District Judge