Stephen R. Jaffe, Cal. Bar No. 49539
stephen.r.jaffe@jaffetriallaw.com
Bailey K. Bifoss, Cal. Bar No. 278392
bailey.k.bifoss@jaffetriallaw.com
THE JAFFE LAW FIRM
150 California Street, 21st Floor
San Francisco, California 94111
T: (415) 618-0100
F: (415) 618-0080

Attorneys for Plaintiff
DOMINIQUE SERAPHIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE SERAPHIN, an individual<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE MEN'S WEARHOUSE, INC., a California corporation<br><br>　　　　Defendants. | Case No.: 14-CV-0752-JST<br><br>STIPULATION and [PROPOSED] ORDER STAYING CIVIL ACTION PENDING ARBITRATION AWARD |

The parties in the above-entitled action hereby stipulate as follows:

1. They shall submit plaintiff's claims to be arbitrated before an arbitrator to be mutually selected from the roster of JAMS arbitrators based in New York City;

2. The arbitration shall be commenced and administered by JAMS in New York City;

3. The arbitration will be conducted in accordance with the October 20, 2006 arbitration agreement between the parties. Consistent therewith, the employer will pay the necessary fees of the arbitrator and administrative tribunal; and

4. The parties request the court order this action stayed pending the arbitration award.

Dated:  April  18, 2013			THE JAFFE LAW FIRM


					_____/s/_____

					Stephen R. Jaffe (SBN 49539)
					Bailey K. Bifoss (SBN 278392)
					Attorneys for Plaintiff, DOMINIQUE SERAPHIN


Dated:  April  18, 2013			NIXON PEABODY LLP


					_____/s/_____

					Bonnie Glatzer
					Attorneys for Defendant THE MEN'S WAREHOUSE, INC.

1
_____
[PROPOSED] ORDER ON STIPULATION STAYING ACTION PENDING ARBITRATION

## [PROPOSED] ORDER

The foregoing stipulation having been presented by the parties and good cause appearing,

IT IS ORDERED:

1- Plaintiff's claims shall be arbitrated before an arbitrator mutually selected by the parties from the roster of JAMS arbitrators based in New York City;

2- The arbitration shall be commenced and administered by JAMS in New York City;

3- The arbitration will be conducted in accordance with the October 20, 2006 arbitration agreement between the parties. Consistent therewith, the employer will pay the necessary fees of the arbitrator and administrative tribunal; and

4- This action is STAYED pending the arbitration award to be obtained by the parties.

Dated:  April 22, 2014                                          _____
                                                                HON.
                                                                JUDGE                    DISTRICT COURT

