1   BONNIE GLATZER, State Bar No. 147804
    Bglatzer@nixonpeabody.com
2   RACHEL L. FISCHETTI, State Bar No. 286722
    rfischetti@nixonpeabody.com
3   NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
4   San Francisco, California 94111-3600
    Telephone: (415) 984-8200
5   Fax: (415) 984-8300

6   Attorneys for Defendant
    THE MEN'S WEARHOUSE, INC.
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12

13   DOMINIQUE SERAPHIN, an individual,      CASE NO.:  14-CV-00752-JST

14                  Plaintiff,               STIPULATED REQUEST FOR
                                             DISMISSAL AND [PROPOSED] ORDER
15          vs.

16   THE MEN'S WEARHOUSE, INC., a
     Corporation,                            Hon. Jon S. Tigar
17
                    Defendant.
18

19          THE PARTIES HEREBY STIPULATE AND AGREE pursuant to Rule 41(a) of the

20   Federal Rules of Civil Procedure, that all claims in this matter be dismissed with prejudice.  Each

21   party shall bear its own attorneys' fees and costs.

22          Respectfully submitted:

23   Dated: March 3 , 2015              NIXON PEABODY LLP
24

25
                                        By: _____
26                                          Bonnie Glatzer
27                                          Rachel L. Fischetti
                                            Attorneys for Defendant
28                                          THE MEN'S WEARHOUSE, INC.

4834-5494-6338.1

1

2      Dated: March *3*, 2015                    THE JAFFE LAW FIRM

3

4                                                By: _____
                                                    Stephen R. Jaffe
5                                                   Bailey K. Bifoss
                                                    Attorneys for Plaintiff
6                                                   DOMINIQUE SERAPHIN

7      IT IS SO ORDERED:

8

9

10     Dated: ___3/4/2015___                     _____
                                                 UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
                 STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER
4834-5494-6338.1